IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PABLO COBB,

      Plaintiff,                  No. 2:12-cv-1666 JAM AC P

      vs.

COOK, et al.

      Defendants.        <u>ORDER</u>

                              /

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On November 15, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recoomendations filed November 15, 2012, are adopted in full;

2. Defendant Weinholdt is dismissed from this action without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b); and

3. This action shall proceed against the remaining defendants, as outlined in the court's November 15, 2012 order directing service (Doc. No. 10).

DATED: January 3, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE