1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  PABLO COBB,

11           Plaintiff,                    No. 2:12-cv-1666 JAM AC P

12       vs.

13  COOK, et al.

14           Defendants.             <u>ORDER</u>

15  _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17  seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18  Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19           On November 15, 2012,the magistrate judge filed findings and recommendations

20  herein which were served on plaintiff and which contained notice to plaintiff that any objections

21  to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed

22  objections to the findings and recommendations.

23           The court has reviewed the file and finds the findings and recommendations to be

24  supported by the record and by the magistrate judge's analysis.

25  ////

26  ////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed November 15, 2012, are adopted in full;

2.  Defendant Weinholdt is dismissed from this action without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b); and

3.  This action shall proceed against the remaining defendants, as outlined in the court's November 15, 2012 order directing service (Doc. No. 10).

DATED: January 3, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE