IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PABLO COBB,

      Plaintiff,                    No. 2:12-cv-1666 JAM AC P

   vs.

COOK, et al.,

      Defendants.            <u>ORDER</u>

/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On December 14, 2012, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Cook was returned unserved because "not at this address." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,

1

1  along with an instruction sheet and a copy of the complaint filed June 21, 2012;

2      2. Within sixty days from the date of this order, plaintiff shall complete and

3  submit the attached Notice of Submission of Documents to the court, with the following

4  documents:

5      a. One completed USM-285 form for each defendant;

6      b. Two copies of the endorsed complaint filed June 21, 2012; and

7      c. One completed summons form (if not previously provided)

8  or show good cause why he cannot provide such information.

9  DATED: February 26, 2013.

                          ALLISON CLAIRE
                          UNITED STATES MAGISTRATE JUDGE

AC:kly
cobb1666.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PABLO COBB,

     Plaintiff,                          No. 2:12-cv-1666 JAM AC P

    vs.

COOK, et al.,                         <u>NOTICE OF SUBMISSION</u>

     Defendants.               <u>OF DOCUMENTS</u>

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

         ____ completed summons form

         ____ completed USM-285 forms

         ____ copies of the <u>June 21, 2012</u>
                                Complaint

DATED:

                                               _____
                                               Plaintiff