IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PABLO COBB,

    Plaintiff,                       No. 2:12–cv-1666 JAM AC P

    vs.

COOK, et al.,

    Defendants.                  <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On April 19, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-eight (28) days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed April 19, 2013, are adopted in full;

2. Defendant Akintola's motion for summary judgment (ECF No. 20) is construed as a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), and, so, is denied without prejudice to the pleading of a statute of limitations defense; and

3. Defendant Akintola is directed to file a response to the complaint within sixty (60) days of the filing of this order.

DATED:  June 17, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE