IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PABLO COBB,

        Plaintiff,                     No. 2:12–cv-1666 JAM AC P

    vs.

COOK, et al.,

        Defendants.           <u>ORDER</u>

/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On May 7, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen (14) days. Neither party has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed May 7, 2013, are adopted in full;

2. This action is dismissed without prejudice against Defendant Cook.  <u>See</u> Fed. R. Civ. P. 41(b).

DATED:  June 17, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

2